# CRAVATH, SWAINE & MOORE LLP

STUART W. GOLD
JOHN W. WHITE
EVAN R. CHESLER
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
C. ALLEN PARKER
SUSAN WEBSTER
DAVID MERCADO
ROWAN D. WILSON
CHRISTINE A. VARNEY
PETER T. BARBUR

SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1120

GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO

KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
JOHNNY G. SKUMPIJA
J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
KENNETH C. HALCOM
DAVID M. STUART

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

OF COUNSEL
PAUL C. SAUNDERS

September 8, 2014

GAMCO Investors, Inc. et al. v. Vivendi, S.A.
13-1194(L), 13-1377(XAP)

Dear Ms. Wolfe:

       I am counsel of record for appellee-cross appellant Vivendi, S.A. ("Vivendi") in the above captioned case. I write in response to a request from the case manager to provide the Court with a periodic update on the status of this appeal, which has been stayed by an order of this Court dated April 23, 2013. Order, No. 13-1194 (2d Cir. Apr. 23, 2013), ECF No. 52. By the terms of the Court's extant order, this appeal will remain stayed until a judgment is entered and an appeal is filed in a related case, In re Vivendi Universal, S.A. Securities Litigation, No. 02-cv-5571 (S.D.N.Y.), so that the briefing and argument in the appeals can be coordinated. This stay is similar to the stay ordered by the Court in Liberty Media Corporation v. Vivendi Universal, Nos. 13-596(L), 13-739(Con). See Order, No. 13-596 (2d Cir. Apr. 4, 2013), ECF No. 94.

       A judgment has not yet been entered in the related case. The claims process is moving forward in that case: All final claim submissions were due on August 7, 2013, and the parties are working with the district court and claims administrator to review and process claims in an orderly and efficient fashion. Vivendi does not anticipate significant delay in those proceedings and is working diligently toward securing the prompt entry of an appealable judgment. The existing stay should remain in place in this appeal until a judgment is entered in the related case and a notice of appeal has been filed.

Please do not hesitate to contact me should the Court desire further information.

Respectfully,

/s/ Timothy G. Cameron

Timothy G. Cameron

Catherine O'Hagan Wolfe
   Clerk of Court
      United States Court of Appeals for the Second Circuit
         Thurgood Marshall U.S. Courthouse
           40 Foley Square
              New York, NY 10007

Copy to:

Counsel of Record

VIA ECF